# EXHIBIT D



## UNITED STATES PATENT AND TRADEMARK OFFICE

August 13, 2013            OFFICE OF THE CHIEF INFORMATION OFFICER

REEDFAX
 DARLENE JONES
2331 MILL ROAD
3RD FLOOR
ALEXANDRIA, VA 22314

We regret to inform you that we are unable to fulfill your request for the following document(s), order dated 07-30-2013 :

     05919452    CERTIFIED PATENT SELECTED PAPER - MAIL    1

All available document sources have been searched and no copies of the document(s) you requested can be located. Your original order is enclosed with this letter and we have canceled your order from our processing system. A refund for your order will be processed as indicated:

    x❏  A check refund will be initiated.

    ❏  Your Deposit Account will be credited.

    ❏  Your charge card will be credited.

    ❏  PTO credit has been annotated on your original order.

We regret any inconvenience this may cause. If you have any questions or need additional information, please contact our Customer Service Department. Please reference Order Number 1926585 in any correspondence.

*Mailing Address:*
Mail Stop Document Services,
Director of the U.S. Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

*Delivery Address:*
U.S. Patent and Trademark Office
Office of Public Records, Customer Service
2800 South Randolph Street Room 3D30
Arlington, VA 22202

*Order your copies of USPTO documents on the Web. It's fast, easy, and secure! Go to (http://ebiz1.uspto.gov/oems25p/index.html) and order today!*

Voice: (571) 272-3150    Fax: (571) 273-3250    E-Mail: DSD@USPTO.GOV

Ref:GM 1926585