# **Exhibit 3**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-K

### ANNUAL REPORT PURSUANT TO SECTION 13 OF
### THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 29, 2013                                                                                              Commission file number 1-3215

# JOHNSON & JOHNSON
(Exact name of registrant as specified in its charter)

| **New Jersey** | **22-1024240** |
|---|---|
| (State of incorporation) | (I.R.S. Employer Identification No.) |
| **One Johnson & Johnson Plaza** | |
| **New Brunswick, New Jersey** | **08933** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: **(732) 524-0400**

**SECURITIES REGISTERED PURSUANT TO SECTION 12(b) OF THE ACT**

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock, Par Value $1.00 | New York Stock Exchange |
| ALZA Corp Zero Coupon LYON Due July 2014 | New York Stock Exchange |
| 4.75% Notes Due November 2019 | New York Stock Exchange |
| 5.50% Notes Due November 2024 | New York Stock Exchange |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.  Yes  ☒     No  ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act.  Yes  ☐     No  ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Exchange Act during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes  ☒     No  ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).  Yes  ☒     No  ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.  ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer  ☒     Accelerated filer  ☐     Non-accelerated filer  ☐     Smaller reporting company  ☐
(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).  Yes  ☐     No  ☒

The aggregate market value of the Common Stock held by non-affiliates computed by reference to the price at which the Common Stock was last sold as of the last business day of the registrant's most recently completed second fiscal quarter was approximately $242 billion.

On February 18, 2014, there were 2,828,901,694 shares of Common Stock outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

| Parts I, II and III: | Portions of registrant's annual report to shareholders for fiscal year 2013 (the "Annual Report"). |
|---|---|
| Parts I and III: | Portions of registrant's proxy statement for its 2014 annual meeting of shareholders filed within 120 days after the close of the registrant's fiscal year (the "Proxy Statement"). |

| Item | | Page |
|---|---|---|
| | **PART I** | |
| 1 | Business | 1 |
| | General | 1 |
| | Segments of Business | 1 |
| | Geographic Areas | 2 |
| | Raw Materials | 2 |
| | Patents and Trademarks | 2 |
| | Seasonality | 3 |
| | Competition | 3 |
| | Research and Development | 3 |
| | Environment | 3 |
| | Regulation | 3 |
| | Available Information | 4 |
| 1A. | Risk Factors | 4 |
| 1B. | Unresolved Staff Comments | 4 |
| 2 | Properties | 4 |
| 3 | Legal Proceedings | 5 |
| 4 | Mine Safety Disclosures | 5 |
| | Executive Officers of the Registrant | 5 |
| | **PART II** | |
| 5 | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 6 |
| 6 | Selected Financial Data | 7 |
| 7 | Management's Discussion and Analysis of Financial Condition and Results of Operations | 7 |
| 7A. | Quantitative and Qualitative Disclosures About Market Risk | 7 |
| 8 | Financial Statements and Supplementary Data | 7 |
| 9 | Changes in and Disagreements With Accountants on Accounting and Financial Disclosure | 7 |
| 9A. | Controls and Procedures | 7 |
| 9B. | Other Information | 8 |
| | **PART III** | |
| 10 | Directors, Executive Officers and Corporate Governance | 8 |
| 11 | Executive Compensation | 8 |
| 12 | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 8 |
| 13 | Certain Relationships and Related Transactions, and Director Independence | 9 |
| 14 | Principal Accountant Fees and Services | 9 |
| | **PART IV** | |
| 15 | Exhibits and Financial Statement Schedules | 10 |
| | Schedule II — Valuation and Qualifying Accounts | 11 |
| | Signatures | 12 |
| | Report of Independent Registered Public Accounting Firm on Financial Statement Schedule | 14 |
| | Exhibit Index | 15 |

PART I

**Item 1.    BUSINESS**

**General**

    Johnson & Johnson and its subsidiaries (the "Company") have approximately 128,100 employees worldwide engaged in the research and development, manufacture and sale of a broad range of products in the health care field. Johnson & Johnson is a holding company, which has more than 275 operating companies conducting business in virtually all countries of the world. The Company's primary focus has been on products related to human health and well-being. Johnson & Johnson was incorporated in the State of New Jersey in 1887.

    The Company's structure is based on the principle of decentralized management. The Executive Committee of Johnson & Johnson is the principal management group responsible for the strategic operations and allocation of the resources of the Company. This Committee oversees and coordinates the activities of the Consumer, Pharmaceutical and Medical Devices and Diagnostics business segments. Within the strategic parameters provided by the Committee, senior management groups at U.S. and international operating companies are each responsible for their own strategic plans, as well as the day-to-day operations of those companies, and each subsidiary within the business segments is, with some exceptions, managed by citizens of the country where it is located.

**Segments of Business**

    The Company is organized into three business segments: Consumer, Pharmaceutical and Medical Devices and Diagnostics. Additional information required by this item is incorporated herein by reference to the narrative and tabular descriptions of segments and operating results under the caption "Management's Discussion and Analysis of Results of Operations and Financial Condition" and Note 18 "Segments of Business and Geographic Areas" under "Notes to Consolidated Financial Statements" of the Annual Report, filed as Exhibit 13 to this Report on Form 10-K.

*Consumer*

    The Consumer segment includes a broad range of products used in the baby care, skin care, oral care, wound care and women's health fields, as well as nutritionals, over-the-counter pharmaceutical products and wellness and prevention platforms. The Baby Care franchise includes the JOHNSON'S ® Baby line of products. Major brands in the Skin Care franchise include the AVEENO ® ; CLEAN & CLEAR ® ; DABAO ™ ; JOHNSON'S ® Adult; LUBRIDERM ® ; NEUTROGENA ® ; RoC ® ; and VENDÔME ® product lines. Brands in the Oral Care franchise include the LISTERINE ® oral care lines. The Wound Care franchise includes BAND-AID ® Brand Adhesive Bandages and NEOSPORIN ® First Aid products. Major brands in the Women's Health franchise outside of North America are STAYFREE ® and CAREFREE ® sanitary pad and o.b. ® tampon brands. The principal nutritional line is SPLENDA ® No Calorie Sweetener. Over-the-counter medicines include the broad family of TYLENOL ® acetaminophen products; SUDAFED ® cold, flu and allergy products; ZYRTEC ® allergy products; MOTRIN ® IB ibuprofen products; and PEPCID ® line of heartburn products. These products are marketed to the general public and sold both to retail outlets and distributors throughout the world.

*Pharmaceutical*

    The Pharmaceutical segment includes products in the following areas: anti-infective, antipsychotic, cardiovascular, contraceptive, gastrointestinal, hematology, immunology, infectious diseases, metabolic, neurology, oncology, pain management and vaccines. These products are distributed directly to retailers, wholesalers and health care professionals for prescription use. Key products in the Pharmaceutical segment include: REMICADE ® (infliximab), a treatment for a number of immune-mediated inflammatory diseases; SIMPONI ® (golimumab), a treatment for adults with moderate to severe rheumatoid arthritis, active psoriatic arthritis, active ankylosing spondylitis and moderately active to severely active ulcerative colitis; STELARA ® (ustekinumab), a treatment for adults with moderate to severe plaque psoriasis and active psoriatic arthritis; INCIVO ® (telaprevir), for the treatment of hepatitis C; INTELENCE ® (etravirine) and PREZISTA ® (darunavir), treatments for HIV/AIDS; CONCERTA ® (methylphenidate HCl) extended-release tablets CII, a treatment for attention deficit hyperactivity disorder; INVEGA ® (paliperidone) extended-release tablets, for the treatment of schizophrenia and schizoaffective disorder; INVEGA ® SUSTENNA ® /XEPLION ® (paliperidone palmitate), for the treatment of schizophrenia in adults; RISPERDAL ® CONSTA ® (risperidone), for the treatment of schizophrenia and for the maintenance treatment of Bipolar I Disorder; VELCADE ® (bortezomib), a treatment for multiple myeloma; ZYTIGA ® (abiraterone acetate), a treatment for metastatic castration-resistant prostate cancer; ACIPHEX ® /PARIET ® , a proton pump inhibitor co-marketed with Eisai Inc.; PROCRIT ® (epoetin alfa, sold outside the U.S. as EPREX ® ), to stimulate red blood cell production; and XARELTO ® (rivaroxaban), an oral anticoagulant for the prevention of deep vein thrombosis (DVT), which may lead to pulmonary embolism (PE) in patients undergoing hip or knee replacement surgery, to reduce the risk of stroke and systemic embolism in patients with nonvalvular atrial fibrillation, for the treatment of DVT and PE, and for the reduction in the risk of recurrence of DVT and PE.

*Medical Devices and Diagnostics*

The Medical Devices and Diagnostics segment includes a broad range of products distributed to wholesalers, hospitals and retailers, used principally in the professional fields by physicians, nurses, hospitals, and clinics. These include products to treat cardiovascular disease; orthopaedic and neurological products; blood glucose monitoring and insulin delivery products; general surgery, biosurgical, and energy products; professional diagnostic products; infection prevention products; and disposable contact lenses.

**Geographic Areas**

The business of Johnson & Johnson is conducted by more than 275 operating companies located in 60 countries, including the United States, which sell products in virtually all countries throughout the world. The products made and sold in the international business include many of those described above under "— Segments of Business — Consumer," "— Pharmaceutical" and "— Medical Devices and Diagnostics." However, the principal markets, products and methods of distribution in the international business vary with the country and the culture. The products sold in international business include not only those developed in the United States, but also those developed by subsidiaries abroad.

Investments and activities in some countries outside the United States are subject to higher risks than comparable U.S. activities because the investment and commercial climate may be influenced by restrictive economic policies and political uncertainties.

**Raw Materials**

Raw materials essential to the Company's business are generally readily available from multiple sources. Where there are exceptions, the temporary unavailability of those raw materials would not likely have a material adverse effect on the financial results of the Company.

**Patents and Trademarks**

The Company's subsidiaries have made a practice of obtaining patent protection on their products and processes where possible. They own or are licensed under a number of patents relating to their products and manufacturing processes, which in the aggregate are believed to be of material importance to the Company in the operation of its businesses. Sales of the Company's largest product, REMICADE ® (infliximab), accounted for approximately 9.4% of the Company's total revenues for fiscal 2013. Accordingly, the patents related to this product are believed to be material to the Company.

There are two sets of patents related to REMICADE ® (infliximab). The first set of patents is co-owned by Janssen Biotech, Inc., a wholly-owned subsidiary of Johnson & Johnson, and New York University Medical Center (NYU). Janssen Biotech, Inc. has an exclusive license to NYU's interests in the patents. Patents have been granted in the United States, certain countries in the European Union (certain of these patents have been extended by Supplementary Patent Certificates), and Australia. In the United States, the patent expires in September 2018.  These patents expired in Canada in March 2012. In certain countries in Europe the patent has been extended to February 2015 (Germany, Spain, United Kingdom, Sweden, Austria, Belgium, Switzerland, Denmark, France, Greece, Italy, Luxembourg and the Netherlands). In Australia, the patent expires in March 2017.

The second set of patents related to REMICADE ® was granted to the Kennedy Institute of Rheumatology in the United Kingdom in Europe, Canada, Australia and the United States. Janssen Biotech, Inc. has an exclusive license to these patents which expire in 2017 outside of the United States and 2018 in the United States. The validity of these patents has been
challenged and is currently in litigation.

Loss of exclusivity for REMICADE ® in the above-mentioned markets may result in a reduction in sales. Johnson & Johnson does not expect that any additional extensions will be available for the patents related to REMICADE ® .

In addition to competing in the immunology market with REMICADE ® , the Company is currently marketing STELARA ® (ustekinumab), SIMPONI ® (golimumab) and SIMPONI ® ARIA™ (golimumab), next generation immunology products with remaining patent lives of 10 years.

The Company's subsidiaries have made a practice of selling their products under trademarks and of obtaining protection for these trademarks by all available means. These trademarks are protected by registration in the United States and other countries where such products are marketed. The Company considers these trademarks in the aggregate to be of material importance in the operation of its businesses.

**Seasonality**

Worldwide sales do not reflect any significant degree of seasonality; however, spending has been heavier in the fourth quarter of each year than in other quarters. This reflects increased spending decisions, principally for advertising and research and development activity.

**Competition**

In all of their product lines, the Company's subsidiaries compete with companies both locally and globally, throughout the world. Competition exists in all product lines without regard to the number and size of the competing companies involved. Competition in research, involving the development and the improvement of new and existing products and processes, is particularly significant. The development of new and innovative products is important to the Company's success in all areas of its business. This also includes protecting the Company's portfolio of intellectual property. The competitive environment requires substantial investments in continuing research. In addition, the development and maintenance of customer demand for the Company's consumer products involves significant expenditures for advertising and promotion.

**Research and Development**

Research activities represent a significant part of the Company's businesses. Research and development expenditures relate to the processes of discovering, testing and developing new products, improving existing products, as well as demonstrating product efficacy and regulatory compliance prior to launch. The Company remains committed to investing in research and development with the aim of delivering high quality and innovative products. Worldwide costs of research and development activities amounted to $8.2 billion, $7.7 billion and $7.5 billion for fiscal years 2013, 2012 and 2011, respectively. Major research facilities are located not only in the United States, but also in Belgium, Brazil, Canada, China, France, Germany, India, Israel, Japan, the Netherlands, Singapore, Switzerland and the United Kingdom.

**Environment**

The Company is subject to a variety of U.S. and international environmental protection measures. The Company believes that its operations comply in all material respects with applicable environmental laws and regulations. The Company's compliance with these requirements did not during the past year, and is not expected to, have a material effect upon its capital expenditures, cash flows, earnings or competitive position.

**Regulation**

Most of the Company's businesses are subject to varying degrees of governmental regulation in the countries in which operations are conducted, and the general trend is toward increasingly stringent regulation. In the United States, the drug, device, diagnostics and cosmetic industries have long been subject to regulation by various federal and state agencies, primarily as to product safety, efficacy, manufacturing, advertising, labeling and safety reporting. The exercise of broad regulatory powers by the U.S. Food and Drug Administration (the "FDA") continues to result in increases in the amounts of testing and documentation required for FDA clearance of new drugs and devices and a corresponding increase in the expense of product introduction. Similar trends are also evident in major markets outside of the United States.

The costs of human health care have been and continue to be a subject of study, investigation and regulation by governmental agencies and legislative bodies around the world. In the United States, attention has been focused on drug prices and profits and programs that encourage doctors to write prescriptions for particular drugs or recommend, use or purchase particular medical devices. Payers have become a more potent force in the market place and increased attention is being paid to drug and medical device pricing, appropriate drug and medical device utilization and the quality and costs of health care generally.

Following the U.S. Supreme Court decision in June 2012 upholding the Patient Protection and Affordable Care Act (the "ACA"), there has been an increase in the pace of regulatory issuances by those U.S. government agencies designated to carry out the extensive requirements of the ACA. These have both positive and negative impacts on the U.S. healthcare industry with much remaining uncertain as to how various provisions of the ACA will ultimately affect the industry.

The regulatory agencies under whose purview the Company operates have administrative powers that may subject it to actions such as product withdrawals, recalls, seizure of products and other civil and criminal sanctions. In some cases, the Company's subsidiaries may deem it advisable to initiate product recalls.

In addition, business practices in the health care industry have come under increased scrutiny, particularly in the United States, by government agencies and state attorneys general, and resulting investigations and prosecutions carry the risk of significant civil and criminal penalties.

**Available Information**

    The Company's main corporate website address is *www.jnj.com.* Copies of the Company's Quarterly Reports on Form 10-Q, Annual Report on Form 10-K and Current Reports on Form 8-K filed or furnished to the U.S. Securities and Exchange Commission (the "SEC"), and any amendments to the foregoing, will be provided without charge to any shareholder submitting a written request to the Secretary at the principal executive offices of the Company or by calling 1-800-950-5089. All of the Company's SEC filings are also available on the Company's website at *www.investor.jnj.com/governance/sec-filings.cfm* , as soon as reasonably practicable after having been electronically filed or furnished to the SEC. All SEC filings are also available at the SEC's website at *www.sec.gov* . In addition, the written charters of the Audit Committee, the Compensation & Benefits Committee, the Nominating & Corporate Governance Committee, the Regulatory, Compliance & Government Affairs Committee and the Science, Technology & Sustainability Committee of the Board of Directors and the Company's Principles of Corporate Governance, Policy on Business Conduct for employees, Code of Business Conduct & Ethics for Members of the Board of Directors and Executive Officers, and other corporate governance materials, are available at *www.investor.jnj.com/governance/materials.cfm* on the Company's website and will be provided without charge to any shareholder submitting a written request, as provided above. The information on the Company's website is not, and will not be deemed, a part of this Report on Form 10-K or incorporated into any other filings the Company makes with the SEC.

**Item 1A. RISK FACTORS**

    Some important factors that could cause the Company's actual results to differ from the Company's expectations in any forward-looking statements in this Report are set forth in Exhibit 99 to this Report on Form 10-K.

**Item 1B.   UNRESOLVED STAFF COMMENTS**

    Not applicable.

**Item 2.   PROPERTIES**

    The Company's subsidiaries operate 144 manufacturing facilities occupying approximately 21.7 million square feet of floor space. The manufacturing facilities are used by the industry segments of the Company's business approximately as follows:

| Segment | Square Feet (in thousands) |
|---|---|
| Consumer | 7,104 |
| Pharmaceutical | 7,069 |
| Medical Devices and Diagnostics | 7,500 |
| Worldwide Total | 21,673 |

    Within the United States, eight facilities are used by the Consumer segment, eight by the Pharmaceutical segment and 34 by the Medical Devices and Diagnostics segment. The Company's manufacturing operations outside the United States are often conducted in facilities that serve more than one business segment. The locations of the manufacturing facilities by major geographic areas of the world are as follows:

| Geographic Area | Number of Facilities | Square Feet (in thousands) |
|---|---|---|
| United States | 50 | 6,510 |
| Europe | 43 | 7,979 |
| Western Hemisphere, excluding U.S. | 15 | 2,886 |
| Africa, Asia and Pacific | 36 | 4,298 |
| Worldwide Total | 144 | 21,673 |

    In addition to the manufacturing facilities discussed above, Johnson & Johnson and its subsidiaries maintain numerous office and warehouse facilities throughout the world. Research facilities are also discussed in Item 1 under "Business — Research and Development."

    The Company's subsidiaries generally seek to own their manufacturing facilities, although some, principally in locations abroad, are leased. Office and warehouse facilities are often leased.