# Exhibit 6



# UNITED STATES PATENT AND TRADEMARK OFFICE

## Statistical Data

# Central Reexamination Unit (CRU)

*Ex Parte* (*EP*) and *Inter Partes* (*IP*) Proceedings

**Fiscal Years 2012–2013**



**U.S. Department of Commerce**

# Frequently Used Acronyms

**3PR** = Third Party Requester

**41.77 Rejection** = A new ground of rejection issues by the Patent Trial Appeals Board in an *Inter-Partes* Reexamination proceeding issued pursuant to 37 CFR 41.77(a)


**ACP** = Action Closing Prosecution

**AIA** = America Invents Act

**Appeal** = An Appeal by the one of the parties of the Examiner's decision

**CAFC** = Court of Appeals for the Federal Circuit

**CRU** = Central Reexamination Unit

***EP*** = *Ex Parte* Reexamination Proceeding

**FR** = Final Rejection

***IP*** = *Inter Partes* Reexamination Proceeding

**NF** = Non Final Office Action

**NIRC** = Notice of Intent to Issue a Reexamination Certificate (*Inter Partes* or *Ex Parte*)

**NIRCed** = Proceeding terminated by the issuance of a Notice of Intent to Issue a Reexamination Certificate

**PO** = Patent Owner

**PTAB** = Patent Trial Appeals Board, data includes decisions by its predecessor the Board of Patent Appeals and Interferences (BPAI)

**RAN** = Right of Appeal Notice

**RLP** = Reasonable Likelihood of Prevailing of rejection in a IP reexamination proceeding filed after September 16, 2011

**SNQ** = Substantial New Question of patentability



# Reexamination Filings
## Fiscal Years 2012 – 2013

**U.S. Department of Commerce**



**As of September 16, 2012, Inter Partes Reexaminations were no longer available**



# Prosecution status of Reexams Filed
## Aug 12, 2012 to Sept 15, 2012

**_Ex Parte_ Reexaminations Filed**



**_Inter Partes_ Reexaminations Filed**





**Central Reexamination Unit (CRU) Processing Time**
**Ex Parte Reexaminations – Total Time from Filing to NIRC**
**For Cases without Appeals**

U.S. Department of Commerce



25% of *EP* that are not appealed are NIRCed within 7 months
50% of *EP* that are not appealed are NIRCed within 10 months
75% of *EP* that are not appealed are NIRCed within 15 months
95% of *EP* that are not appealed are NIRCed within 25 months
The Average time to *EP* NIRC from filing w/o a PTAB decision is 12 months

Proceedings with Notice of Intent to Issue Reexamination Certificate mailed
Fiscal Years 2012-2013



# *Ex Parte* Total Time from Filing to NIRC
# with PTAB Decision

U.S. Department of Commerce



25% of *EP* w/ PTAB decision are NIRCed within 29 months
50% of *EP* w/ PTAB decision are NIRCed within 35 months
75% of *EP* w/ PTAB decision are NIRCed within 47 months
95% of *EP* w/ PTAB decision are NIRCed within 68 months
Average time to *EP* NIRC from filing with PTAB Decision is 39 months

Proceedings with Notice of Intent to Issue Reexamination Certificate mailed
Fiscal Years 2012-2013

Data as of 9/30/2013

6



# *Ex Parte* Total Time from Filing to NIRC
# With Subsequent Appeal to Federal Circuit

**U.S. Department of Commerce**



25% of *EP* w/ Subsequent Appeal are NIRCed within 56 months
50% of *EP* w/ Subsequent Appeal are NIRCed within 71 months
75% of *EP* w/ Subsequent Appeal are NIRCed within 89 months
95% of *EP* w. Subsequent Appeal are NIRCed within 115 months
The Average time to *EP* NIRC from filing w/ Subsequent Appeal is 75 months

- Proceedings with Subsequent Appeal normally are heard at the CAFC
- These are not a subset of Slide 10
- Note the significantly smaller sample size relative to slides 9 and 10
- Proceedings with Notice of Intent to Issue Reexamination Certificate mailed Fiscal Years 2012-2013



# *Inter Partes* Total Time from Filing to NIRC with no Notice of Appeal Filed

**U.S. Department of Commerce**



25% of *IP* w/o Notice of Appeal are NIRCed within 12 months
50% of *IP* w/o Notice of Appeal are NIRCed within 18 months
75% of *IP* w/o Notice of Appeal are NIRCed within 27 months
95% of *IP* w/o Notice of Appeal are NIRCed within 44 months
Average *IP* time to NIRC from filing w/o Notice of Appeal is 21 months

**Months from Filing**

**Proceedings with Notice of Intent to Issue Reexamination Certificate mailed Fiscal Years 2012-2013**



# *Inter Partes* Total Time to NIRC
## with PTAB Decision

**U.S. Department of Commerce**



25% of *IP* w/ PTAB decision are NIRCed within 33 months
50% of *IP* w/ PTAB decision are NIRCed within 45 months
75% of *IP* w/ PTAB decision are NIRCed within 56 months
95% of *IP* w/ PTAB decision are NIRCed within 80 months
Average *IP* time to NIRC from filing w/ PTAB decision is 48 months

Months from Filing

Proceedings with Notice of Intent to Issue Reexamination Certificate mailed
Fiscal Years 2012-2013

Data as of 9/30/2013

9



# *Inter Partes* Total Time from Filing to NIRC with Subsequent Appeal to Federal Circuit

**U.S. Department of Commerce**



**25% of *IP* w/ Subsequent Appeal are NIRCed within 51 months**
**50% of *IP* w/ Subsequent Appeal are NIRCed within 59 months**
**75% of *IP* w/ Subsequent Appeal are NIRCed within 70 months**
**95% of *IP* w/ Subsequent Appeal are NIRCed within 99 months**
**The Average time to *IP* NIRC from filing w/ Subsequent Appeal is 67 months**

Months from Filing

- Proceedings with Subsequent Appeal normally are heard at the CAFC
- These are not a subset of Slide 12
- Note the significantly smaller sample size relative to slides 12 and 13
- Proceedings with Notice of Intent to Issue Reexamination Certificate mailed Fiscal Years 2012-2013

Data as of 9/30/2013



# Roll up Tables for Time from Filing to NIRC
## *Ex Parte and Inter Partes* Proceedings NIRC mailed
## Fiscal Years 2012-2013

**U.S. Department of Commerce**

# *Ex Parte* Proceedings

|  | Months to *EP* NIRC without Notice of Appeal | Months to *EP* NIRC after PTAB decision | Months to *EP* NIRC with Subsequent Appeal to the Federal Circuit | All *EP* NIRC |
|---|---|---|---|---|
| 25% NIRCed within X Months | 7 | 29 | 56 | 8 |
| 50% NIRCed within X Months | 10 | 35 | 71 | 12 |
| 75% NIRCed within X Months | 15 | 47 | 89 | 23 |
| 95% NIRCed within X Months | 25 | 68 | 115 | 66 |
| Average | 12 | 39 | 75 | 20 |
| Total number of proceedings | 853 | 174 | 69 | 1096 |

# *Inter Partes* Proceedings

|  | Months to *IP* NIRC without Notice of Appeal | Months to *IP* NIRC after PTAB decision | Months to *IP* NIRC with Subsequent Appeal to the Federal Circuit | All *IP* NIRC |
|---|---|---|---|---|
| 25% NIRCed within X Months | 12 | 33 | 51 | 18 |
| 50% NIRCed within X Months | 18 | 45 | 59 | 33 |
| 75%NIRCed within X Months | 27 | 56 | 70 | 52 |
| 95%NIRCed within X Months | 44 | 80 | 99 | 80 |
| Average | 21 | 48 | 67 | 38 |
| Total number of proceedings | 149 | 127 | 38 | 314 |

Data as of 9/30/2013



**U.S. Department of Commerce**

# Reexamination Certificates
## Published Fiscal Years 2012-2013

| | EP | IP |
|---|---|---|
| Number of Certificates (all proceedings including proceedings that are appealed and merged) | 1368 | 407 |
| Average Months to NIRC from filing (includes all proceedings) | 21.2 | 35.7 |
| • Average Months to NIRC without Notice of Appeal (includes merged proceedings) | 12.6 | 21.1 |
| Average Months from NIRC to Certificate both *EP* and *IP* | 1.23 | |

- A revamped publication process went into effect on October 1, 2012 and led to shorter publication processing times
- Since Jan 2013:
  - 546 certificates have published
  - 77.5% of all certificates were published in less than 21 days
  - The shortest time to certificate from forwarding to publications is 4 days
  - The average time to certificate is 19 days in the fourth quarter of FY 2013 which is down from an average of 89 days in FY 2011and 53 days in FY 2012



**U.S. Department of Commerce**

# Time from NIRC to Certificate
# Fiscal Years 2012-2013



**Average days to certificate from NIRC mailing**



**U.S. Department of Commerce**

# All Reexam Appeals
# Fiscal Years 2012-2013

| | *EP* | *IP* |
|---|---|---|
| Notice of appeals filed | 307 | 508 (includes both PO and 3PR Notice of Appeals) |
| Examiner's Answers | 232 | 389 |
| Decided by the PTAB | 230 | 298 |
| Pending at PTAB as of 9/30/2013 | 75 | 237 |
| Decided by CAFC | 83 | 39 |
| Pending at CAFC as of 9/30/2013 | 33 | 58 |

- Note that all Notice of Appeals do not result in forwarding to the PTAB
- The PTAB and CAFC decisions are during the time period and did not necessarily result from the Notice of Appeals in row 1
- The count of *IP* Notice of Appeals includes proceedings where either the Patent Owner or Third Party filed a Notice of Appeal, however, if both parties appeal it is only counted once

Data as of 9/30/2013

14



# Current Inventory of Appeals
## at PTAB & CAFC
## Oct 2011 through Sept 2013

**EP** Pending Appeals



**IP** Pending Appeals



|  | *EP* Appeals | *IP* Appeals |
|---|---|---|
| Awaiting decision at PTAB | 63 | 138 |
| Awaiting rehearing | 12 | 8 |
| Awaiting 41.77 rejection | NA | 33 |
| Appealed to the CAFC, not yet decided | 32 | 58 |
| Total | 107 | 237 |

- These proceedings are awaiting decision and are a subset from slide 21 rows 3 and 5 to indicate the next action by PTAB or CAFC

**Slide 15**

U1      this is the slide that refers to slide 21
        USPTO, 11/15/2013



# Affirmance Rate at PTAB
## Proceedings decided Fiscal Years 2012-2013

**U.S. Department of Commerce**

| PTAB decision in *EP* proceedings | Number | Percentage |
|---|---|---|
| Decision - Examiner Affirmed | 131 | 65.5% |
| Decision - Examiner Affirmed in Part | 30 | 15.0% |
| Decision - Examiner Reversed | 39 | 19.5% |
| Total | 200 | |

| PTAB decision in *IP* proceedings | Number | Percentage |
|---|---|---|
| Decision - Examiner Affirmed | 164 | 57.7% |
| Decision - Examiner Affirmed in Part | 68 | 23.9% |
| Decision - Examiner Reversed | 38 | 13.4% |
| Decision: New Ground of Rejection | 14 | 4.9% |
| Total | 284 | |

Of the *EP* Affirmance in Part, a total of 1153 rejected claims were appealed
- Of the 1153 appealed rejected claims 912 remained rejected
- In all affirmances-in-part, 79% of the claims remained rejected

Of the *IP* affirmances-in-part, a total of 1682 rejected claims were appealed
- Of the 1682 appealed rejected claims 882 remained rejected
- In all affirmances-in-part, 52.7% of the claims remained rejected
- Note: the rejections in *IP* appeals are generally those set forth by Third Party Requester



# CRU Petitions
# FY 2013

**U.S. Department of Commerce**



| | 2012EOY | 2013Q1 | 2013Q2 | 2013Q3 | 2013Q4 |
|---|---|---|---|---|---|
| Petitions Received | 176 | 323 | 220 | 171 | 125 |
| Petitions Mailed | 244 | 231 | 237 | 253 | 183 |
| End Inventory | 113 | 205 | 188 | 106 | 48 |



# Total CRU Petitions Inventory as of 9/30/2013

U.S. Department of Commerce





# Percentage of Patents with Claims Modified or Canceled in Reexam Certificates
# Apr 2012 through Sept 2013



- Chart shows the 95% confidence interval of the percentage of reexaminations where claims are changed or all claims are canceled

- Amendments to claims in Reexamination Proceedings are relinquishing of scope