# **Exhibit 7**

In the Matter of Registration No. 4,103,919
MARK: REMSIMA
Registered: February 28, 2012

```
--------------------------------------------------X
JANSSEN BIOTECH, INC.,                   :
                                         :          Cancellation No.
                    Petitioner,          :
                                         :
        - v. -                           :          PETITION FOR CANCELLATION
                                         :
CELLTRION, INC.                          :
                                         :
                    Registrant.          :
--------------------------------------------------X
```

Janssen Biotech, Inc. ("Petitioner"), a corporation organized and existing under the laws

of the state of Pennsylvania with a principal place of business at 800 Ridgeview Drive, Horsham,

Pennsylvania 19044, believes that it will be damaged by the continued registration on the

Principal Register of Registration No. 4,103,919 for the mark REMSIMA for "Pharmaceutical

preparations for the treatment of autoimmune diseases and autoimmune disorders" in

International Class 5 owned by Celltrion, Inc. ("Registrant"), and hereby petitions to cancel the

same pursuant to Section 14(3) of the Lanham Act, 15 U.S.C. § 1064(3). As grounds for this

petition for cancellation, Petitioner, by its attorneys, Fross Zelnick Lehrman & Zissu, P.C.,

alleges as follows:

1. Petitioner, a biotechnology company, is part of the Janssen Pharmaceutical

Companies of Johnson & Johnson. Petitioner's business consists of pursuing innovative

solutions in the therapeutic areas of immunology, oncology and nephrology. Since its founding

more than thirty years ago, Petitioner has developed numerous successful and innovative

treatments to improve the health of individuals with serious disease.

2.   One of Petitioner's most successful products currently being offered is a drug sold under the mark REMICADE.  For fourteen years, REMICADE has been among the most prescribed medications to help those patients suffering from rheumatoid arthritis and other inflammatory diseases.  More than one million people in the US alone use REMICADE to help control and alleviate their symptoms.

3.   The REMICADE mark has been used in the U.S. by Petitioner or its predecessors continuously for fourteen years in connection with a medication for the treatment of autoimmune diseases and disorders.  Today, the REMICADE brand is recognized nationwide as designating pharmaceutical products exclusively from Petitioner. The REMICADE mark is known among doctors and patients throughout the United States and is a trusted mark that is associated exclusively with Petitioner.

4.   Over the last fourteen years, Petitioner has spent millions of dollars in educating consumers and the medical community about the benefits of REMICADE and has spent extensive time, energy and resources in connection with research relating to the use of REMICADE and outreach efforts.  Since its launch sales of REMICADE in the US alone are in the hundreds of millions of dollars.

5.   Petitioner is the owner of U.S. Trademark Registration No. 2,897,697 for the mark REMICADE and design for "pharmaceutical preparations for the treatment of autoimmune diseases and autoimmune disorders" which registration issued October 26, 2004 based on a constructive priority date of March 29, 2002; and U.S. Trademark Registration No. 2,336,754 for REMICADE for "pharmaceutical compositions for treatment of autoimmune diseases and disorders" which registration issued on March 28, 2000 based on constructive priority dating to July 9, 1998.  Printouts from the electronic database records of the United States Patent and

Trademark Office showing the current status and title of Petitioner's registrations for the REMICADE mark are attached hereto as <u>Exhibit A</u> and are made of record and constitute evidence in this proceeding.

6. Petitioner's two registrations for the REMICADE mark are valid, subsisting and in full force and effect and serve as evidence of Petitioner's exclusive right to use the mark in connection with the goods identified in the registrations as provided by Section 33(b) of the Lanham Act, 15 U.S.C. § 1115(b). Further, both Petitioner's registrations have become incontestable under Section 15 of the Lanham Act, 15 U.S.C. § 1065, and serve as conclusive evidence of Petitioner's exclusive right to use the REMICADE mark for the listed goods.

7. By virtue of Petitioner's activities under its mark, the REMICADE mark has become instantly recognizable to the public as exclusively denoting Petitioner and its goods and services. As a result of Petitioner's substantial effort and investment on behalf of its brand, the goodwill inherent in the REMICADE mark is an enormously valuable asset of Petitioner.

8. On information and belief, Celltrion, Inc. is a Republic of Korea corporation, with its principal place of business at 13-6, Songdo-dong Yeonsu-gu Inchen 406-840, Republic of Korea.

9. On or about July 27, 2011, Registrant filed Application Serial No. 79/103,135 to register the mark REMSIMA for "Pharmaceutical preparations for the treatment of autoimmune diseases and autoimmune disorders" in International Class 5. In connection with its application for REMSIMA, Registrant claimed a priority date of January 31, 2011, pursuant to Section 66(a) of the Lanham Act.

10. On information and belief, Registrant intends to sell, advertise and promote its REMSIMA product as a biosimilar of and as a substitute for Petitioner's REMICADE product.

11. On information and belief, Registrant intends to use the REMSIMA mark on

essentially identical goods that Petitioner provides under REMICADE, used for the same purpose and directed to, promoted to and sold to the identical consumers through identical trade channels.

12. Registrant's claimed priority date for the REMSIMA mark is more than a decade after Petitioner's date of first use of its REMICADE mark and a decade after the REMICADE mark was first registered in the U.S. Patent and Trademark Office.

13. As a matter of law, at the time Registrant applied for its mark, Registrant was on constructive notice of Petitioner's rights in the REMICADE mark based on Petitioner's federal trademark registrations for the same. Further, given that Registrant intends to market its product as a biosimilar of REMICADE, Registrant clearly was on actual notice of Petitioner's prior rights in and to the REMICADE mark as of its filing date, if not earlier.

14. In an attempt to trade on the reputation of Petitioner's goods and to assist in the sale of its product as a substitute for REMICADE, Registrant, on information and belief, intentionally adopted a name designed to be similar to and call to mind Petitioner's product name.

15. On information and belief, Registrant's REMSIMA mark was adopted because it is similar in appearance and sound to Petitioner's mark and immediately conjures up Petitioner's mark.

16. Registrant's REMSIMA mark has the identical prefix "REM" as Petitioner's mark, has the same number of syllables and letters as REMICADE and has the same overall appearance, sound and commercial impression as Petitioner's mark.

17. The continued registration of Registrant's REMSIMA mark is inconsistent with Petitioner's long established rights in the REMICADE trademark as well as inconsistent with Petitioner's statutory grant of exclusivity of use of its registered mark and would harm, damage

or destroy Petitioner's investment and goodwill in its mark.

## CLAIM FOR RELIEF FOR LIKELIHOOD OF CONFUSION
## UNDER 15 U.S.C. § 1052(d)

18. Petitioner repeats and re-alleges each and every allegation contained in paragraphs 1 through 17 above as if fully set forth herein.

19. Petitioner's REMICADE mark is exclusively associated with Petitioner and has been used continuously by Petitioner since a date years prior to any date on which Registrant can rely.

20. Registrant's REMSIMA mark incorporates substantial portions and is substantially similar to Petitioner's registered and prior used REMICADE mark and has a similar sound, meaning, appearance and commercial impression to Petitioner's mark.

21. Registrant's registration for the mark sought to be cancelled is for goods identical to those identified in Petitioner's REMICADE registrations. As such, Registrant seeks to use the REMSIMA mark in connection with goods made available to those who use or are familiar with Petitioner's products offered under the REMICADE mark.

22. By virtue of Petitioner's longstanding use of the REMICADE mark and the goodwill associated with the mark, the continued registration by Registrant of the REMSIMA mark is likely to cause confusion or to cause mistake or to deceive the public into mistakenly believing that Registrant's goods offered under the REMSIMA mark originate from, come from or are otherwise associated with Petitioner, or that Registrant's goods are endorsed, licensed, or sponsored by or in some way connected with Petitioner, in violation of Section 2(d) of the Lanham Act, 15 U.S.C. §1052(d).

23. By reason of the foregoing, Petitioner is likely to be harmed by continued registration of the mark REMSIMA shown in Registration No. 4,103,919.

WHEREFORE, Petitioner respectfully requests that this petition for cancellation be sustained and that U.S. Registration No. 4,103,919 be cancelled. The Trademark Trial and Appeal Board is hereby authorized to charge the petition filing fee of $300 to cancel the registration in Class 5 to Petitioner's counsel's deposit Account Number 30426424.

Dated: New York, New York
April 15, 2014

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____

Barbara A. Solomon
Leo Kittay
866 United Nations Plaza
New York, New York 10017
(212) 813-5900

*Attorneys for Petitioner Janssen Biotech, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing Petition for Cancellation to be sent by prepaid overnight courier (Fedex) this 15th day of April, 2014 to the owner of record of the Registration (the USPTO records reflecting no domestic representative of record) that is the subject of the foregoing Petition to Cancel at the correspondence address of record identified in the records of the USPTO:

CELLTRION, INC.
13-6, Songdo-dong
Yeonsu-gu Inchen 406-840
REPUBLIC OF KOREA

with a courtesy copy mailed to the identified correspondent of record:

Sang Jeong An
First & Forever, 7F, Tower A
Advanced Institute
Suwon-si. Gyeonggi-do 443-270
Republic of Korea

Barbara A. Solomon

EXHIBIT A

Int. Cl.: 5

Prior U.S. Cls.: 6, 18, 44, 46, 51, and 52

United States Patent and Trademark Office

Reg. No. 2,897,697
Registered Oct. 26, 2004

## TRADEMARK
### PRINCIPAL REGISTER



# Remicade

CENTOCOR, INC. (PENNSYLVANIA CORPORA-
TION)
200 GREAT VALLEY PARKWAY
MALVERN, PA 19355

FOR: PHARMACEUTICAL PREPARATIONS FOR
THE TREATMENT OF AUTOIMMUNE DISEASES
AND AUTOIMMUNE DISORDERS, IN CLASS 5
(U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 3-1-2004; IN COMMERCE 3-1-2004.

OWNER OF U.S. REG. NO. 2,336,754.

THE STIPPLING IN THE DRAWING IS FOR
SHADING PURPOSES.

SN 76-390,060, FILED 3-29-2002.

KAREN K. BUSH, EXAMINING ATTORNEY



| | |
|---|---|
| **US Serial Number:** 76390060 | **Application Filing Date:** Mar. 29, 2002 |
| **US Registration Number:** 2897697 | **Registration Date:** Oct. 26, 2004 |
| **Register:** Principal | |
| **Mark Type:** Trademark | |
| **Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged. | |
| **Status Date:** Oct. 13, 2010 | |
| **Publication Date:** Oct. 15, 2002 | **Notice of Allowance Date:** Jan. 07, 2003 |

## Mark Information

**Mark Literal Elements:** REMICADE

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Lining and Stippling Statement:** The stippling in the drawing is for shading purposes.

**Design Search Code(s):** 01.15.12 - Cyclones; Tornadoes; Whirlpools
26.01.26 - Coils; Spirals; Swirls

## Related Properties Information

**Claimed Ownership of US Registrations:** 2336754

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** pharmaceutical preparations for the treatment of autoimmune diseases and autoimmune disorders

**International Class(es):** 005 - Primary Class    **U.S Class(es):** 006, 018, 044, 046, 051, 052

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Mar. 01, 2004    **Use in Commerce:** Mar. 01, 2004

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** JANSSEN BIOTECH, INC.

**Owner Address:** 800 RIDGEVIEW DRIVE
HORSHAM, PENNSYLVANIA 19044
UNITED STATES

**Legal Entity Type:** CORPORATION    **State or Country Where Organized:** PENNSYLVANIA

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Laurence S. Rickles

### Correspondent

**Correspondent Name/Address:** LAURENCE S RICKLES
JOHNSON AND JOHNSON CORP
1 JOHNSON AND JOHNSON PLZ
NEW BRUNSWICK, NEW JERSEY 08933-0002
UNITED STATES

**Phone:** (732) 524-2281

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 11, 2012 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Oct. 13, 2010 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 64591 |
| Oct. 07, 2010 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | 64591 |
| Oct. 12, 2010 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 64591 |
| Oct. 07, 2010 | PAPER RECEIVED | |
| May 06, 2009 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Oct. 26, 2004 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 25, 2004 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 71373 |
| Aug. 23, 2004 | ASSIGNED TO LIE | 71373 |
| Aug. 12, 2004 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Aug. 09, 2004 | ASSIGNED TO EXAMINER | 67516 |
| Aug. 05, 2004 | STATEMENT OF USE PROCESSING COMPLETE | |
| Jul. 07, 2004 | USE AMENDMENT FILED | |
| Jul. 22, 2004 | CASE FILE IN TICRS | |
| Jul. 07, 2004 | PAPER RECEIVED | |
| Jan. 05, 2004 | EXTENSION 2 GRANTED | |
| Jan. 05, 2004 | EXTENSION 2 FILED | |
| Jan. 05, 2004 | TEAS EXTENSION RECEIVED | |
| Jul. 11, 2003 | EXTENSION 1 GRANTED | |
| Jul. 03, 2003 | EXTENSION 1 FILED | |
| Jul. 07, 2003 | TEAS EXTENSION RECEIVED | |
| Jan. 07, 2003 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Oct. 15, 2002 | PUBLISHED FOR OPPOSITION | |
| Sep. 25, 2002 | NOTICE OF PUBLICATION | |
| Jul. 24, 2002 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 17, 2002 | EXAMINER'S AMENDMENT MAILED | |
| Jul. 09, 2002 | ASSIGNED TO EXAMINER | 67516 |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

## TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** TMEG LAW OFFICE 105        **Date in Location:** Oct. 13, 2010

# Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 2          **Registrant:** CENTOCOR, INC.

## Assignment 1 of 2

**Conveyance:** CHANGE OF NAME

**Reel/Frame:** 3978/0441          **Pages:** 3

**Date Recorded:** Apr. 29, 2009

**Supporting Documents:** assignment-tm-3978-0441.pdf

### Assignor

**Name:** CENTOCOR, INC.          **Execution Date:** Dec. 29, 2008

**Legal Entity Type:** CORPORATION      **State or Country Where Organized:** PENNSYLVANIA

### Assignee

**Name:** CENTOCOR ORTHO BIOTECH INC.

**Legal Entity Type:** CORPORATION      **State or Country Where Organized:** PENNSYLVANIA

**Address:** 800 RIDGEVIEW DRIVE
HORSHAM, PENNSYLVANIA 19044

### Correspondent

**Correspondent Name:** FROSS ZELNICK LEHRMAN & ZISSU, P.C.

**Correspondent Address:** 866 UNITED NATIONS PLAZA
NEW YORK, NY 10017

### Domestic Representative - Not Found

## Assignment 2 of 2

**Conveyance:** CHANGE OF NAME

**Reel/Frame:** 4748/0177          **Pages:** 3

**Date Recorded:** Mar. 29, 2012

**Supporting Documents:** assignment-tm-4748-0177.pdf

### Assignor

**Name:** CENTOCOR ORTHO BIOTECH INC.      **Execution Date:** Jun. 22, 2011

**Legal Entity Type:** CORPORATION      **State or Country Where Organized:** PENNSYLVANIA

### Assignee

**Name:** JANSSEN BIOTECH, INC.

**Legal Entity Type:** CORPORATION      **State or Country Where Organized:** PENNSYLVANIA

**Address:** 800 RIDGEVIEW DRIVE
HORSHAM, PENNSYLVANIA 19044

### Correspondent

**Correspondent Name:** MARK D. ENGELMANN

**Correspondent Address:** FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 UNITED NATIONS PLAZA
NEW YORK, NY 10017

### Domestic Representative - Not Found

# Proceedings

**Summary**

**Number of Proceedings:** 1

## Type of Proceeding: Opposition

**Proceeding Number:** 91178631          **Filing Date:** Jul 30, 2007

**Status:** Terminated          **Status Date:** Sep 26, 2008

**Interlocutory Attorney:** LINDA M SKORO

### Defendant

**Name:** Astellas US LLC

**Correspondent Address:** Rosemary S. Tarlton
Morrison & Foerster LLP
425 Market Street
San Francisco CA , 94105-2482
UNITED STATES

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| REMISCAN | Abandoned - After Inter-Partes Decision | <u>78890551</u> | |

**Plaintiff(s)**

**Name:** Centocor, Inc.

**Correspondent Address:** Christen M. English
Drinker Biddle & Reath LLP
1500 K Street, N.W., Ste. 1100
Washington DC , 20005-1209
UNITED STATES

**Correspondent e-mail:** <u>Christen.English@dbr.com</u>

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| REMICADE | Renewed | <u>75516013</u> | <u>2336754</u> |
| REMICADE | Section 8 and 15 - Accepted and Acknowledged | <u>76390060</u> | <u>2897697</u> |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jul 30, 2007 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jul 30, 2007 | Sep 08, 2007 |
| 3 | PENDING, INSTITUTED | Jul 30, 2007 | |
| 4 | STIP TO SUSPEND PEND SETTLEMENT NEGOTNS | Aug 02, 2007 | |
| 5 | SUSPENDED | Aug 02, 2007 | |
| 6 | STIP TO SUSPEND PEND SETTLEMENT NEGOTNS | Jan 30, 2008 | |
| 7 | SUSPENDED | Jan 30, 2008 | |
| 8 | STIP TO SUSPEND PEND SETTLEMENT NEGOTNS | Apr 28, 2008 | |
| 9 | SUSPENDED | Apr 28, 2008 | |
| 10 | STIP TO SUSPEND PEND SETTLEMENT NEGOTNS | Jun 26, 2008 | |
| 11 | SUSPENDED | Jun 26, 2008 | |
| 12 | WITHDRAWAL OF APPLICATION | Sep 19, 2008 | |
| 13 | BD'S DECISION: DISMISSED W/O PREJUDICE | Sep 26, 2008 | |
| 14 | TERMINATED | Sep 26, 2008 | |

Int. Cl.: 5

Prior U.S. Cls.: 6, 18, 44, 46, 51, and 52

Reg. No. 2,336,754

United States Patent and Trademark Office    Registered Mar. 28, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## REMICADE

CENTOCOR, INC. (PENNSYLVANIA CORPO-
RATION)
200 GREAT VALLEY PARKWAY
MALVERN, PA 19355

FOR: PHARMACEUTICAL COMPOSITIONS
FOR TREATMENT OF AUTOIMMUNE DIS-
EASES AND DISORDERS, IN CLASS 5 (U.S.
CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 9–30–1998; IN COMMERCE
9–30–1998.

SN 75–516,013, FILED 7–9–1998.

RONALD MCMORROW, EXAMINING ATTOR-
NEY

REMICADE

| | |
|---|---|
| US Serial Number: 75516013 | Application Filing Date: Jul. 09, 1998 |
| US Registration Number: 2336754 | Registration Date: Mar. 28, 2000 |
| Register: Principal | |
| Mark Type: Trademark | |
| Status: The registration has been renewed. | |
| Status Date: Mar. 27, 2010 | |
| Publication Date: Jun. 15, 1999 | Notice of Allowance Date: Sep. 07, 1999 |

## Mark Information

Mark Literal Elements: REMICADE

Standard Character Claim: No

Mark Drawing Type: 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Pharmaceutical compositions for treatment of autoimmune diseases and disorders

International Class(es): 005 - Primary Class      U.S Class(es): 006, 018, 044, 046, 051, 052

Class Status: ACTIVE

Basis: Basis Not Found

First Use: Sep. 30, 1998      Use in Commerce: Sep. 30, 1998

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| Filed Use: | No | Currently Use: | No | Amended Use: | No |
| Filed ITU: | Yes | Currently ITU: | No | Amended ITU: | No |
| Filed 44D: | No | Currently 44D: | No | Amended 44D: | No |
| Filed 44E: | No | Currently 44E: | No | Amended 44E: | No |
| Filed 66A: | No | Currently 66A: | No | |
| Filed No Basis: | No | Currently No Basis: | No | |

## Current Owner(s) Information

Owner Name: JANSSEN BIOTECH, INC.

Owner Address: 800 RIDGEVIEW DRIVE
HORSHAM, PENNSYLVANIA 19044
UNITED STATES

Legal Entity Type: CORPORATION      State or Country Where Organized: PENNSYLVANIA

## Attorney/Correspondence Information

### Attorney of Record

Attorney Name: Laurence S. Rickles

### Correspondent

Correspondent Name/Address: Laurence S. Rickles
JOHNSON & JOHNSON
ONE JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK, NEW JERSEY 08933-7001
UNITED STATES

Phone: 732-524-2281      Fax: 732-524-6341

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Apr. 11, 2012 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Mar. 27, 2010 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 59136 |
| Mar. 27, 2010 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Mar. 26, 2010 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | 59136 |
| Mar. 26, 2010 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | 59136 |
| Mar. 27, 2010 | REVIEW OF CORRESPONDENCE COMPLETE | 59136 |
| Mar. 26, 2010 | TEAS SECTION 8 & 9 RECEIVED | |
| May 06, 2009 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Jul. 06, 2007 | CASE FILE IN TICRS | |
| Jun. 23, 2006 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jun. 23, 2006 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Jun. 07, 2006 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 59136 |
| Jun. 01, 2006 | ASSIGNED TO PARALEGAL | 59136 |
| Feb. 28, 2006 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Feb. 28, 2006 | PAPER RECEIVED | |
| Mar. 28, 2000 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 16, 1999 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Dec. 15, 1999 | ASSIGNED TO EXAMINER | 73708 |
| Dec. 06, 1999 | STATEMENT OF USE PROCESSING COMPLETE | |
| Nov. 02, 1999 | USE AMENDMENT FILED | |
| Sep. 07, 1999 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Jun. 15, 1999 | PUBLISHED FOR OPPOSITION | |
| May 14, 1999 | NOTICE OF PUBLICATION | |
| Mar. 11, 1999 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 10, 1999 | ASSIGNED TO EXAMINER | 74666 |

## Maintenance Filings or Post Registration Information

Affidavit of Continued Use: Section 8 - Accepted

Affidavit of Incontestability: Section 15 - Accepted

Renewal Date: Mar. 28, 2010

## TM Staff and Location Information

TM Staff Information - None

File Location

Current Location: Not Found          Date in Location: Mar. 27, 2010

## Assignment Abstract Of Title Information

Summary

Total Assignments: 2          Registrant: Centocor, Inc.

### Assignment 1 of 2

Conveyance: CHANGE OF NAME

Reel/Frame: 3978/0441          Pages: 3

Date Recorded: Apr. 29, 2009

Supporting Documents: assignment-tm-3978-0441.pdf

Assignor

Name: CENTOCOR, INC.          Execution Date: Dec. 29, 2008

| Legal Entity Type: | CORPORATION | State or Country Where Organized: | PENNSYLVANIA |

### Assignee

| Name: | CENTOCOR ORTHO BIOTECH INC. | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | PENNSYLVANIA |
| Address: | 800 RIDGEVIEW DRIVE HORSHAM, PENNSYLVANIA 19044 | | |

### Correspondent

| Correspondent Name: | FROSS ZELNICK LEHRMAN & ZISSU, P.C. |
| Correspondent Address: | 866 UNITED NATIONS PLAZA NEW YORK, NY 10017 |

**Domestic Representative - Not Found**

## Assignment 2 of 2

| Conveyance: | CHANGE OF NAME | | |
| Reel/Frame: | 4748/0177 | Pages: | 3 |
| Date Recorded: | Mar. 29, 2012 | | |
| Supporting Documents: | assignment-tm-4748-0177.pdf | | |

### Assignor

| Name: | CENTOCOR ORTHO BIOTECH INC. | Execution Date: | Jun. 22, 2011 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | PENNSYLVANIA |

### Assignee

| Name: | JANSSEN BIOTECH, INC. | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | PENNSYLVANIA |
| Address: | 800 RIDGEVIEW DRIVE HORSHAM, PENNSYLVANIA 19044 | | |

### Correspondent

| Correspondent Name: | MARK D. ENGELMANN |
| Correspondent Address: | FROSS ZELNICK LEHRMAN & ZISSU, P.C. 866 UNITED NATIONS PLAZA NEW YORK, NY 10017 |

**Domestic Representative - Not Found**

# Proceedings

### Summary

Number of Proceedings: 3

## Type of Proceeding: Opposition

| Proceeding Number: | 91186633 | Filing Date: | Sep 26, 2008 |
| Status: | Terminated | Status Date: | Jan 11, 2011 |
| Interlocutory Attorney: | GEORGE POLOGEORGIS | | |

### Defendant

| Name: | Organish LLC |
| Correspondent Address: | GARY BOURASSA ORGANISH LLC 150 WEST ST LAKE GENEVA WI , 53247 UNITED STATES |
| Correspondent e-mail: | gbourassa@organish.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| REMACID | Abandoned - After Inter-Partes Decision | 77152193 | |

### Plaintiff(s)

| Name: | Johnson & Johnson and Centocor Ortho Biotech Inc. |
| Correspondent Address: | JAYE S CAMPBELL DRINKER BIDDLE & REATH LLP 1500 K STREET NW, STE 1100 WASHINGTON DC , 20005 UNITED STATES |

Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MILLENNIUM BOARD | Cancelled - Section 8 | 78305180 | 2879697 |
| REMICADE | Renewed | 75516013 | 2336754 |

Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Sep 26, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Sep 26, 2008 | Nov 05, 2008 |
| 3 | PENDING, INSTITUTED | Sep 26, 2008 | |
| 4 | ANSWER | Nov 05, 2008 | |
| 5 | STIP TO SUSPEND PEND SETTLEMENT NEGOTNS | Jan 05, 2009 | |
| 6 | SUSPENDED | Jan 05, 2009 | |
| 7 | STIP TO SUSPEND PEND SETTLEMENT NEGOTNS | Mar 12, 2009 | |
| 8 | SUSPENDED | Mar 12, 2009 | |
| 9 | STIP TO SUSPEND PEND SETTLEMENT NEGOTNS | Aug 17, 2009 | |
| 10 | SUSPENDED | Aug 17, 2009 | |
| 11 | D'S REQUEST TO WITHDRAW AS ATTORNEY | Aug 24, 2009 | |
| 12 | WITHDRAWAL OF ATTY DENIED; D'S ALLOWED 30 DYS TO FILE MOT THAT COMPLIES | Aug 31, 2009 | |
| 13 | D'S REQUEST TO WITHDRAW AS ATTORNEY | Sep 14, 2009 | |
| 14 | D'S REQUEST TO WITHDRAW AS ATTORNEY | Sep 16, 2009 | |
| 15 | D'S WITHDRAWAL OF ATTY GRANTED; D'S ALLOWED 30 DAYS TO APPT NEW COUNSEL | Sep 17, 2009 | |
| 16 | D | Sep 17, 2009 | |
| 17 | SUSPENDED | Nov 03, 2009 | |
| 18 | NOTICE OF LEGAL REPRESENTATION | Nov 24, 2009 | |
| 19 | TRIAL DATES RESET | Dec 03, 2009 | |
| 20 | CORRECTION TO BOARD'S ORDER | Dec 16, 2009 | |
| 21 | DEF'S NOTICE OF INITIAL DISCLOSURE | Jan 08, 2010 | |
| 22 | STIP TO SUSPEND PEND SETTLEMENT NEGOTNS | Jan 11, 2010 | |
| 23 | SUSPENDED | Jan 11, 2010 | |
| 24 | Board Order Re: Initial disclosures | Feb 05, 2010 | |
| 25 | Opposer's Motion to Amend Title of Proceeding | Mar 24, 2010 | |
| 26 | SUSPENDED | Apr 07, 2010 | |
| 27 | P'S MOTION TO COMPEL DISCOVERY | Aug 02, 2010 | |
| 28 | MOTION TO SUSPEND | Aug 02, 2010 | |
| 29 | SUSPENDED | Aug 04, 2010 | |
| 30 | P'S MOTION TO COMPEL GRANTED; TRIAL DATES RESET | Oct 06, 2010 | |
| 31 | P'S MOTION FOR SANCTIONS | Dec 15, 2010 | |
| 32 | P'S MOT TO SUSP PEND DISP OUTSTNDNG MOT | Dec 15, 2010 | |
| 33 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | Dec 15, 2010 | |
| 34 | BOARD'S DECISION: SUSTAINED | Jan 11, 2011 | |
| 35 | TERMINATED | Jan 11, 2011 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** 91178631 | | **Filing Date:** Jul 30, 2007 | |
| **Status:** Terminated | | **Status Date:** Sep 26, 2008 | |
| **Interlocutory Attorney:** LINDA M SKORO | | | |

### Defendant

**Name:** Astellas US LLC

**Correspondent Address:** Rosemary S. Tarlton

Morrison & Foerster LLP
425 Market Street
San Francisco CA , 94105-2482
UNITED STATES

## Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| REMISCAN | Abandoned - After Inter-Partes Decision | 78890551 | |

### Plaintiff(s)

Name: Centocor, Inc.

Correspondent Address: Christen M. English
Drinker Biddle & Reath LLP
1500 K Street, N.W., Ste. 1100
Washington DC , 20005-1209
UNITED STATES

Correspondent e-mail: Christen.English@dbr.com

## Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| REMICADE | Renewed | 75516013 | 2336754 |
| REMICADE | Section 8 and 15 - Accepted and Acknowledged | 76390060 | 2897697 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jul 30, 2007 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jul 30, 2007 | Sep 08, 2007 |
| 3 | PENDING, INSTITUTED | Jul 30, 2007 | |
| 4 | STIP TO SUSPEND PEND SETTLEMENT NEGOTNS | Aug 02, 2007 | |
| 5 | SUSPENDED | Aug 02, 2007 | |
| 6 | STIP TO SUSPEND PEND SETTLEMENT NEGOTNS | Jan 30, 2008 | |
| 7 | SUSPENDED | Jan 30, 2008 | |
| 8 | STIP TO SUSPEND PEND SETTLEMENT NEGOTNS | Apr 28, 2008 | |
| 9 | SUSPENDED | Apr 28, 2008 | |
| 10 | STIP TO SUSPEND PEND SETTLEMENT NEGOTNS | Jun 26, 2008 | |
| 11 | SUSPENDED | Jun 26, 2008 | |
| 12 | WITHDRAWAL OF APPLICATION | Sep 19, 2008 | |
| 13 | BD'S DECISION: DISMISSED W/O PREJUDICE | Sep 26, 2008 | |
| 14 | TERMINATED | Sep 26, 2008 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| Proceeding Number: | 91125166 | Filing Date: | Feb 02, 2002 |
| Status: | Terminated | Status Date: | Feb 20, 2002 |
| Interlocutory Attorney: | CHERYL S GOODMAN | | |

### Defendant

Name: CELLTECH THERAPEUTICS LIMITED

Correspondent Address: B. PARKER LIVINGSTON, JR.
BURNS, DOANE, SWECKER & MATHIS, LLP.
POST OFFICE BOX 1404
ALEXANDRIA VA , 22313-1404
UNITED STATES

## Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| HUMICADE | Abandoned - After Inter-Partes Decision | 76033946 | |

### Plaintiff(s)

Name: CENTOCOR, INC.

Correspondent Address: NORM D. ST. LANDAU
DRINKER, BIDDLE & REATH LLP
1500 K. STREET, N.W. SUITE 1100
WASHINGTON DC , 20005

UNITED STATES

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| REMICADE | Renewed | <u>75516013</u> | <u>2336754</u> |

Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Feb 02, 2002 | |
| 2 | NOTICE SENT ANSWER DUE; 3-27-02 | Feb 20, 2002 | |
| 3 | PENDING, INSTITUTED | Feb 20, 2002 | |
| 4 | DEF'S RETURNED MAIL | Mar 07, 2002 | |
| 5 | #2 REMAILED; ANSWER DUE 5-7-02; TRIAL DATES RESET | Mar 28, 2002 | |
| 6 | DEF'S MOT TO EXT. | May 03, 2002 | |
| 7 | DEF'S MOT TO EXT | Jun 05, 2002 | |
| 8 | ANSWER | Jul 08, 2002 | |
| 9 | DEF'S MOT TO EXT W/CON | Aug 28, 2002 | |
| 10 | PL'S MTN TO EXT W/CON | Oct 17, 2002 | |
| 11 | PL'S MTN TO EXT. TIME TO RESPOND TO DEF'S DISC. | Nov 25, 2002 | |
| 12 | MOTION TO EXT APPROVED | Jan 28, 2003 | |
| 13 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Dec 20, 2002 | |
| 14 | PL'S MOTION TO EXT APPROVED | Mar 20, 2003 | |
| 15 | PL'S MOT. FOR SANCTION | Jan 22, 2003 | |
| 16 | BD'S ORDER;PLS REQ. FOR SANCTION IS DENIED; | May 14, 2003 | |
| 17 | PL'S MOT TO REOPEN TEST. PD | May 29, 2003 | |
| 18 | PL'S MOT TO SUSPEND | May 29, 2003 | |
| 19 | PL'S MOT TO SUSPEND/EXT DATES IS GRANTED AS CONCEDED;TD ARE RESET | Jul 25, 2003 | |
| 20 | DEPOSITION OF FRANK CLOSURDO | Oct 08, 2003 | |
| 21 | PLAINTIFF'S NOTICE OF RELIANCE | Sep 08, 2003 | |
| 22 | NOTICE OF RELIANCE | Sep 08, 2003 | |
| 23 | PLAINTIFF'S NOTICE OF RELIANCE | Sep 08, 2003 | |
| 24 | PLS MOT FOR ENTRY OF PROTECTIVE ORDER | Oct 02, 2003 | |
| 25 | BOARD'S ORDER DATES RESET | Jan 13, 2004 | |
| 26 | BOARD'S ORDER JANUARY ORDER IS VACATED TRIAL DATES REMAIN AS SET | Feb 02, 2004 | |
| 27 | P'S BRIEF | Feb 19, 2004 | |
| 28 | SUBMITTED ON BRIEF | Sep 14, 2004 | |
| 29 | CONFIDENTIAL - PL'S BRIEF | Nov 29, 2004 | |
| 30 | BRIEF ON MERITS FOR PLAINTIFF | Nov 29, 2004 | |
| 31 | BOARD'S DECISION: SUSTAINED | Dec 13, 2004 | |
| 32 | FILINGS | Dec 17, 2004 | |
| 33 | CONFIDENTIAL - TRANSCRIPT PAGES W/EXHS 3 AND 4 | Jan 07, 2005 | |
| 34 | P's Trial Br | Nov 29, 2004 | |
| 35 | TERMINATED | May 27, 2005 | |