Richard de Bodo
Direct Phone: +1.310.255.9055
Direct Fax: +1.310.907.2055
rich.debodo@bingham.com

September 19, 2014

**VIA ELECTRONIC CASE FILING**

Honorable Mark L. Wolf
United States District Court
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re: *Celltrion Healthcare Co., Ltd., and Celltrion, Inc., v. Janssen Biotech, Inc*., **Case No. 1:14-cv-11613**

Dear Judge Wolf:

We write on behalf of Celltrion to advise the Court that on August 8, Celltrion submitted to the U.S. Food & Drug Administration ("FDA") its application for licensure of Remsima as a biosimilar.

Celltrion will be prepared to answer questions the Court may have about its application and its effect on the pending motion to dismiss, either in writing if the Court so directs, or at the hearing on that motion, once scheduled.

Respectfully,

*Richard de Bodo*

Richard de Bodo

cc: Counsel of Record via ECF

Beijing
Boston
Frankfurt
Hartford
Hong Kong
Lexington (GSC)
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Washington

Bingham McCutchen LLP
The Water Garden
Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, CA
90404-4082

T +1.310.907.1000
F +1.310.907.2000
bingham.com