UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CELLTRION HEALTHCARE CO., LTD., and CELLTRION, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>JANSSEN BIOTECH, INC.,<br><br>Defendant. | CIVIL ACTION<br>NO. 1:14-cv-11613 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiffs Celltrion, Inc. and Celltrion Healthcare Co., Ltd. hereby dismiss this action, without prejudice.  As provided in Rule 41(a)(1)(A)(i), this voluntary dismissal is filed before Defendant Janssen Biotech, Inc. has filed an answer or a motion for summary judgment.

Dated:  October 23, 2014

Respectfully submitted,

**CELLTRION HEALTHCARE CO., LTD. AND CELLTRION, INC.**

By their attorneys

/s/ Joshua M. Dalton

Joshua M. Dalton (BBO # 636402)
**Bingham McCutchen LLP**
One Federal Street
Boston, Massachusetts 02110-1726
Telephone:    (617) 951-8000
*josh.dalton@bingham.com*

Richard de Bodo (*pro hac vice*)
**Bingham McCutchen LLP**
Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, CA  90404-4082
Telephone:    (310) 907-1000
*rich.debodo@bingham.com*

A/76491884.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was filed through the Court's ECF notification system to be sent electronically to the registered participants as identified on the Notice of Electronic Filing on October 23, 2014.

                                              /s/ Joshua M. Dalton, BBO #636402

A/76491884.1