UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC. ET AL,<br>    Plaintiffs,<br><br>v.<br><br>CELLTRION HEALTHCARE CO. INC.,<br>ET AL.,<br>    Defendants. | C.A. No. 15-10698-MLW<br>         16-11117-MLW |

ORDER

WOLF, D.J.                                          October 7, 2016

As stated in the October 6, 2016 conference, it is hereby ORDERED that:

1. The parties shall continue to confer and, by November 15, 2016, report whether these consolidated cases have been settled.

2. If defendants' Motion to Dismiss Civil Action No. 16-11117-MLW is not withdrawn, a hearing on it will be held at 9:30 a.m. on December 21, 2016, and will continue on December 22, 2016, if necessary.

3. The parties shall confer and, by January 12, 2017, each file:

    a) A Pretrial memorandum which includes, among other things:

        (i) A summary of the evidence to be offered by that party.

(ii) A statement of the disputed issues concerning the following: the alleged infringement of U.S. Patent No. 7,598,083 (the "'083 Patent"); the alleged invalidity of the '083 Patent; defendants' alleged violation of the Biologics Price Competition and Innovation Act; plaintiffs' entitlement to a permanent injunction; and the proposed jury instructions.

(iii) A statement of the number of trial days, from 9:00 a.m. to 1:00 p.m., following jury selection the trial will require. The court will use this information to establish time limits.

b) Any motions in limine and supporting memoranda, which shall include a statement of whether an evidentiary hearing is requested and, if so, a description of the proposed witnesses and their testimony. Responses to any motion in limine shall be filed by January 27, 2017.

c)   Any stipulations.

d)   Proposed Voir Dire questions.

e)   A list of names, with their city, state, and country of residence, of the proposed witnesses.

f)   Proposed exhibits, which shall be given numbers for those the parties agree are admissible and be given letters for those exhibits for which admissibility is disputed.

g)   Proposed jury instructions, with authority for each proposed instruction.

h)   A proposed Special Verdict form.

4.   A pretrial conference shall be held at 10:00 a.m. on January 24, 2017, and continue on January 25, 2017, if necessary.

5.   A final pretrial conference to address any motions in limine and any other outstanding issues will be held at 10:00 a.m. on February 8, 2017, and continue on February 9, 2017, if necessary.

6.   Trial will commence on February 13, 2017, at 9:00 a.m.

7.   The parties shall order the transcript of the October 6, 2017 conference.

                                                      */s/ Mark L. Wolf*
                                                 UNITED STATES DISTRICT JUDGE